IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10926
Conference Calendar
_____

ANTHONY D. FREEMAN,

Plaintiff-Appellant,

versus

BOB PREWIT, Medical Director;
ADEL NAFRAWI, DR.; C. HENDERSON, R.N.,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:00-CV-127
- - - - - - - - - - -
February 19, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Anthony D. Freeman, Texas prisoner # 669066, appeals the
district court's denial of his FED. R. CIV. P. 60(b) motion.
Freeman has abandoned his challenge to this decision by failing
to adequately brief it on appeal.  See Yohey v. Collins, 985 F.2d
222, 224-25 (5th Cir. 1993).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.